No. 81–1866. Commonwealth National Bank v. Ashe et al., t/a C&S Fuel Service, et al. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Security Industrial Bank, ante,* p. 70.

No. ——–——. Federal Grand Jury et al. v. United States Attorney et al. Motion to direct the Clerk to file the petition for writ of certiorari that does not comply with the Rules of this Court and to waive payment of docket fee denied.

No. A–469 (82–5772). Shaffer et al. v. Board of School Directors of the Albert Gallatin Area School District et al. C. A. 3d Cir. Application for stay, addressed to Justice Marshall and referred to the Court, denied.

No. D–268. In re Disbarment of Cyphers. Disbarment entered. [For earlier order herein, see 456 U. S. 957.]

No. D–275. In re Disbarment of Bobbitt. Disbarment entered. [For earlier order herein, see 457 U. S. 1103.]

No. D–283. In re Disbarment of Nadel. Disbarment entered. [For earlier order herein, see 458 U. S. 1126.]

No. D–287. In re Disbarment of Bonds. Disbarment entered. [For earlier order herein, see 458 U. S. 1127.]

No. D–289. In re Disbarment of Brisbois. Disbarment entered. [For earlier order herein, see 458 U. S. 1127.]

No. D–303. In re Disbarment of Otis. It is ordered that Sheldon P. Otis, of Detroit, Mich., be suspended from